ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com

*Attorneys for Defendant,*
*The Michaels Organization, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANYA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE MICHAELS ORGANIZATION, LLC dba SPRING MOUNTAIN APARTMENTS; DOES I-X; and CORPORATE ROES I-X, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-02169-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, MANYA WILLIAMS, and Defendant THE MICHAELS ORGANIZATION, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that all causes of action in the above-captioned matter against Defendants be dismissed with prejudice, and the entire action dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Each party to bear its own attorney's fees and costs.

DATED: April __3rd___ , 2020.				DATED: April __3rd__ , 2020.

MINICOZZI LAW OFFICES, LTD			GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Louis M. Minicozzi, III*				*/s/ David T Gluth, II*
Louis M. Minicozzi, III, Esq.				Robert S. Larsen, Esq.
1440 E. Calvada Blvd., Suite 1000			Nevada Bar No. 7785
Pahrump, NV 89048					David T. Gluth, II, Esq.
							Nevada Bar No. 10596
*Attorney for Plaintiff*					300 South Fourth Street, Suite 1550
							Las Vegas, Nevada 89101
							*Attorneys for The Michaels Organization, LLC*

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   4th day of April, 2020.

-2-